085512.0014(207)　　　　　　　　　RMC:lab　　　　　　　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | No. 25-cv-1783 |
| Plaintiff, | ) ) ) | Judge Sharon Johnson Coleman |
| v. | ) ) ) | Magistrate Judge Jeffrey Cole |
| TRI-CITY BUILDING & CONSTRUCTION TRADES COUNCIL and CARLSON BROTHERS, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Auto-Owners Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives this Honorable Court its Notice of Dismissal, without prejudice, as this action has been rendered moot.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　/s/ *Robert Marc Chemers*
　　　　　　　　　　　　　　　　　　　Robert Marc Chemers
　　　　　　　　　　　　　　　　　　　Bar No. 0431508
　　　　　　　　　　　　　　　　　　　PRETZEL & STOUFFER, CHARTERED
　　　　　　　　　　　　　　　　　　　200 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Suite 2600
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　Telephone:　(312) 578-7548
　　　　　　　　　　　　　　　　　　　Fax:　　　　(312) 346-8242
　　　　　　　　　　　　　　　　　　　E-Mail: rchemers@pretzelstouffer.com
　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***